IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| JAMES R. MOORE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) 1:14CV381 |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social | ) |
| Security, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

On August 14, 2015, in accordance with 28 U.S.C. § 636(b), the Recommendation of the United States Magistrate Judge was filed and served on the parties in this action, and a copy was given to the court.

Within the time limitation set forth in the statute, counsel for Plaintiff objected to the Recommendation.

The court has made a *de novo* determination which is in accord with the Magistrate Judge's report.   The court hereby adopts the Magistrate Judge's Recommendation.

IT IS THEREFORE ORDERED that the Plaintiff's Motion for Judgment Reversing the Decision of the Commissioner of Social Security (ECF No. 10) is DENIED, that the Defendant's Motion for Judgment on the Pleadings (ECF No. 12) is GRANTED, that the Commissioner's decision finding no disability is AFFIRMED, and that this action is dismissed

with prejudice. A Judgment dismissing this action will be entered contemporaneously with this Order.

This, the 25th day of September, 2015.

                                                /s/ Loretta C. Biggs
                                         United States District Judge